IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-30737 |
| | § | Chapter 13 |
| **HEATHER RENEE ROBERSON,** | § | |
| | § | |
| Debtor. | § | |

### DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

**NOW COMES,** debtor Heather Renee Roberson ("Debtor") through her undersigned attorney, and hereby moves this Court for an order dismissing the above-captioned bankruptcy case pursuant to 11 U.S.C. § 1307(b) and Fed.R.Bankr.P. 1017. In support thereof, Debtor states as follows:

1. The above-titled case was commenced by the filing of a voluntary petition under Chapter 13 on February 23, 2024 (the "Case", Dkt. entry no. 1).

2. This Case has not been converted under 11 U.S.C. §§ 707, 112, or 1208.

3. There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this Case and no such relief has been granted in this case.

4. The Debtor tragically lost her daughter in a motorcycle accident on March 9, 2024. After such tragic occurrence, Debtor has not been able to effectively cooperate to confirm a plan. She has informed the undersigned that she no longer wishes to remain in this Case and therefore respectfully seeks dismissal of the Case.

WHEREFORE, Debtor prays for an Order dismissing this Case without prejudice.

RESPECTFULLY SUBMITTED,

### NOTICE OF PERIOD FOR OBJECTIONS

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving**

party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing. Represented parties should act through their attorney.

Date: May 13, 2024

/s/ Carlos C. Alsina-Batista
Carlos C. Alsina-Batista (TX Bar 24111072)
Wajda & Associates, P.C.
8117 Preston Rd.
Suite 300
Dallas, TX 75225
calsinabatista@recoverylawgroup.com
Tel. 888-213-0169